# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 07-20714 JBS
**Case Name:** OLSEN, CHRISTINE ANN

**Taxpayer ID #:** 13-7584925
**Period Ending:** 07/22/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****53-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/08 | {13} | United States Treasury | 2004/2005 Federal Tax Refund | 1129-000 | 13,531.91 | | 13,531.91 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.00 | | 13,535.91 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.77 | | 13,538.68 |
| 02/29/08 | | tax withholding | tax withholding | 1290-000 | -0.77 | | 13,537.91 |
| 03/24/08 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #07-20714 | 2300-000 | | 15.66 | 13,522 25 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.51 | | 13,524.76 |
| 04/22/08 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -0.77 | 13,525.53 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.88 | | 13,527.41 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.69 | | 13,529.10 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.71 | | 13,530.81 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **13,545.70** | **14.89** | **$13,530.81** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **13,545.70** | **14.89** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,545.70** | **$14.89** | |




{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-20714 JBS
**Case Name:** OLSEN, CHRISTINE ANN

**Taxpayer ID #:** 13-7584925
**Period Ending:** 07/22/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****53-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****53-65 | 13,545.70 | 14.89 | 13,530.81 |
| | $13,545.70 | $14.89 | $13,530.81 |

{} Asset reference(s)