**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| OLSEN, CHRISTINE ANN | ) | |
| | ) | CASE NO. 07 B 20714 |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 682
         Chicago, Illinois 60604

    on:  **October 30, 2008**
    at:  **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a. Receipts                          $      13,545.70

    b. Disbursements                     $          14.89

    c. Net Cash Available for Distribution $   13,530.81

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $    0.00 | $ 2,104.57 | $ |
| Trustee | $    0.00 | $ | $   90.94 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.   Claims of general unsecured creditors totaling $107,164.89, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $10.58%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | GE Consumer Finance | $  3,343.32 | $    353.64 |
| 2 | LVNV Funding LLC its successors and assigns as | $ 13,214.57 | $  1,397.76 |
| 3 | SBD 8, LLC | $ 47,186.25 | $  4,991.10 |
| 4 | Robin Realty & Management Co | $ 43,420.75 | $  4,592.80 |

7.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago,

Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **August 27, 2008**           For the Court,

                                 By: **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 S. Dearborn Street, 7th Floor
                                     Chicago, IL 60604

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1              User: amcc7              Page 1 of 2              Date Rcvd: Aug 27, 2008
Case: 07-20714                    Form ID: pdf002         Total Served: 29
```

The following entities were served by first class mail on Aug 29, 2008.
```
db          +Christine Ann Olsen,   2619 W. Greenleaf,   Unit 2,   Chicago, IL 60645-3275
aty         +Joel H Shapiro,   Kamenear Kadison Shapiro & Craig,   20 North Clark Street,   Suite 2200,
             Chicago, IL 60602-5120
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
11729092     American Express,   P.O. Box 53852,   Phoenix, AZ 85072-3852
11729094     American Express,   P.O. Box 5207,   Fort Lauderdale, FL 33310-5207
11729095    +Anita DuCoffre,   1506 W. Grand Avenue,   # 4W,   Chicago, IL 60642-7524
11729096    +Anita DuCoffre,   1506 W. Grand Avenue 4W,   Chicago, IL 60642-7524
11729098    +Carmax Auto Finance,   2040 Thalbro St,   Richmond, VA 23230-3200
11729099    +Chase,   Attn: Credit Bureau Updates,   Po Box 15919,   Wilmington, DE 19850-5919
11729100    +Christine, Inc.,   7300 N. Western,   Chicago, IL 60645-1857
11729101    +Citibank,   Attn: Citicorp Credit Services,   7920 Nw 110th Street,   Kansas City, MO 64153-1270
11729102     Citibank Advantage Visa,   P.O. Box 45165,   Jacksonville, FL 32232-5165
11729106    +Frontier Place,   c/o Edgemark,   25033 W. 91st Street,   Naperville, IL 60564-5617
11729107    +Gemb/3 Day Blinds,   Po Box 981439,   El Paso, TX 79998-1439
11729108    +Household Bank,   Po Box 15522,   Wilmington, DE 19850-5522
11729109    +Macys/gemb,   6356 Corley Rd,   Attn: Bankruptcy,   Norcross, GA 30071-1704
11729110    +MidAmerica Bank,   P.O. Box 7040,   Downers Grove, IL 60515-7040
11729111     North American Bankcard,   968 Chicago Road,   Troy, MI 48083
11729113    +Reinhart,   Collection Dept,   P.O. Box 395,   Oak Creek, WI 53154-0395
11729114    +Robin Realty & Management Co,   Ordower & Ordower PC,   One N LaSalle St #1300,
             Chicago IL 60602-3992
11729115    +Robin Realty & Management Co.,   1333 N. Wells,   Chicago, IL 60610-1907
11729116    +SBD 8, LLC,   401 S. Main Street,   Suite 300,   Naperville, IL 60540-5478
11729117     SYSCO,   250 Wieboldt Drive,   Des Plaines, IL 60016-3192
11729118    +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729130    +United Airlines Emp Credit Union,   P.O. Box 66945,   Chicago, IL 60666-0945
```

The following entities were served by electronic transmission on Aug 28, 2008.
```
11729103     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2008 07:30:51     Discover,   P.O. Box 52145,
             Phoenix, AZ 85072-2145
11831171    +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2008 05:18:58     GE Consumer Finance,
             For GE Money Bank,   dba 3 DAY BLIND,   PO Box 960061,   Orlando FL 32896-0061
11903786     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11758095     E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2008 05:21:16
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                        TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
11729093*    American Express,   P.O. Box 53852,   Phoenix, AZ 85072-3852
11729097*   +Anita DuCoffre,   1506 W. Grand Ave 4W,   Chicago, IL 60642-7524
11729104*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover,   P.O. Box 52145,   Phoenix, AZ 85072-2145)
11729105*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover,   P.O. Box 52145,   Phoenix, AZ 85072-2145)
11729112*    North American Bankcard,   968 Chicago Road,   Troy, MI 48083
11729119*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729120*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729121*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729122*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729123*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729124*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729125*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729126*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729127*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729128*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
11729129*   +TB2, LLC,   c/o Anita DuCoffre,   1506 W. Grand Ave. 4W,   Chicago, IL 60642-7524
                                                                                TOTALS: 0, * 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Aug 27, 2008
Case: 07-20714               Form ID: pdf002           Total Served: 29

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2008**                    **Signature:**